UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY BLAIR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLASSIC PARTY RENTALS, INC., *et al.*,<br><br>　　　　　Defendants. | Case No.　1:20-cv-01194-DAD-JDP<br><br>ORDER GRANTING THE PARTIES' STIPULATED REQUEST FOR AN EXTENSION<br><br>ECF No. 4 |

　　　　The parties' stipulated request for an extension, ECF No. 4, is granted.  Defendants shall have up to and including September 23, 2020, to file a responsive pleading in this action.

IT IS SO ORDERED.

Dated:　　August 28, 2020　　　　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.

1