1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                                   EASTERN DISTRICT OF CALIFORNIA

10

11    ZACHARY BLAIR, *on behalf of himself*          No. 1:20-cv-1194-DAD-HBK
      *and others similarly situated, and on behalf*
12    *of the general public,*                        PRELIMINARY CLASS ACTION
                                                       SCHEDULING ORDER
13                      Plaintiff,
                                                       ORDER DIRECTING CLERK TO ADD
14            v.                                       COUNSEL TO DOCKET

15    CLASSIC PARTY RENTALS, INC.; CP
      OPCO, LLC, *doing business as* CLASSIC
16    PARTY RENTALS; BRIGHT EVENT
      RENTALS, LLC.; HARTMAN STUDIOS,
17    INC.,  INSPERITY PEO SERVICES, L.P.;
      APOLLO GLOBAL MANAGEMENT
18    INC; APOLLO CENTRE STREET
      PARTNERSHIP, L.P.; APOLLO
19    FRANKLIN PARTNERSHIP, L.P.;
      APOLLO CREDIT OPPORTUNITY
20    FUND, III. AIV, LP; APOLLO SK
      STRATEGIC INVESTMENT, L.P.;
21    APOLLO SPECIAL OPPORTUNITIES
      MANAGED ACCOUNT, L.P.; APOLLO
22    ZEUS STRATEGIC INVESTMENTS,
      L.P.
23
                        Defendant.
24

25          A scheduling conference was held telephonically on February 18, 2021.  Attorney Matthew

26    Evan Crawford appeared on behalf of Plaintiff.  Attorney Lauren Roseman, f/k/a Lauren Stockunas,

27    appeared on behalf of Defendant Insperity PEO Services, LP.  Attorneys John Turquet Bravard,

28    Edward Barnidge, Eric Sousa and Brandy Barnes appeared on behalf of Defendants Apollo Global

                                                      1

Management, Inc.; Apollo Franklin Partnership, Inc.; Apollo Credit Opportunity Fund II AIV, LP; Apollo Center Street Partnership, LP, Apollo SK Strategic Investments, LP;   Apollo Special Opportunities Managed Account, LP, and Apollo Zeus Strategic Investments, LP (collectively "Apollo').

Pursuant to Rule 16, the Court finds it necessary to implement a schedule tailored to meet the circumstances of this case, which was removed to this Court under the Class Action Fairness Act ("CAFA").  *See* Doc. No. 1.  The parties discussed whether issues concerning defendants' pending and anticipated dispositive motions should be resolved prior to the parties engaging in expanded discovery.  Defendant Apollo has a Motion to Dismiss pending, which is briefed and ripe for review.  *See* Docs. Nos.  11, 12, 13, 15, 19 & 19.  Defendant Insperity PEO Services, LP indicated it intends to file a Fed. R. Civ. P. 12(c) motion and requires no discovery to file the motion.  Plaintiff requested discovery limited to jurisdictional issues, *i.e*. whether the local controversy exception and the home state exception to federal jurisdiction under CAFA warrants remand of this case.

Consistent with the just, speedy, and inexpensive administration of justice, it is now **ORDERED**:

1.   All discovery, except discovery related to jurisdictional discovery, shall be STAYED until further order of court.  A party may move to lift the stay by filing a motion and showing good cause.

2.   Defendant Insperity PEO Services, LP shall file its Fed. R. Civ. P. 12 (c) motion no later than April 9, 2021.

3.   Pursuant to 28 U.S.C. § 636(c), the parties have not consented to conduct all further proceedings in this case, including trial, before the Honorable Helena Barch-Kuchta, United States Magistrate Judge.

4.   Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) are stayed except for initial disclosures addressing federal jurisdiction.

5.  The court will refrain from setting further deadlines governing non-jurisdictional discovery until after the defendants' pending and anticipated dispositive motions are decided.

6.  **Motions:**

    a.  Non-dispositive motions are heard on Thursdays at 10:00 a.m. before the Honorable Helena Barch-Kuchta, United States Magistrate Judge.  Due to the ongoing pandemic it is likely upcoming hearings will instead be heard telephonically.  The parties shall comply with Local Rule 230 or Local Rule 251 before scheduling such motions.

    b.  Counsel must comply with Local Rule 251 with respect to discovery disputes or the motion will be denied without prejudice and dropped from the court's calendar.  In addition to filing a joint statement electronically, a copy of the joint statement shall also be sent Judge Barch-Kuchta's chambers by email to hbkorders@caed.uscourts.gov. Counsel for the parties are additionally required to conduct at least one **telephonic or in person conference** as part of their obligations to meet and confer in good faith to resolve their discovery dispute prior to seeking judicial intervention.  The parties are further cautioned that boilerplate objections to written discovery will be summarily denied.

    c.  Judge Barch-Kuchta requires the parties to first attempt to resolve discovery disputes by participating in an informal telephonic conference outside the formal procedures of the Local Rules and Federal Rules of Civil Procedure governing noticed motions to compel.  The procedures for requesting an informal telephonic conference are set forth in Judge Barch-Kuchta's Case Management Procedures located on the Court's website, http://www.caed.uscourts.gov.

    d.  The parties may also stipulate to an informal ruling on a discovery dispute that arises during a deposition by contacting Judge Barch-Kuchta's Courtroom Deputy, Kirstie Dunbar-Kari, by telephone at (209) 372-0320.

    e.  The parties are advised that unless prior leave of the Court is obtained, all

3

moving and opposition briefs or legal memorandum in civil cases before Judge Barch-Kuchta shall not exceed twenty-five (25) pages.  Reply briefs by the moving party shall not exceed ten (10) pages.  These page limitations do not include exhibits.  Briefs that exceed this page limitation, or are sought to be filed without leave, may not be considered by the Court.

   f.   Counsel or *pro se* parties may appear and argue motions before Judge Barch-Kuchta by telephone by dialing the Court's teleconference line at 888-204-5984 and entering access code 4446176, provided they indicate their intent to appear telephonically on their pleadings or by email to kdunbar-kari@caed.uscourts.gov at least one week prior to the hearing.

7.   The **Clerk** is directed to add Attorney John Turquet Bravard, who is appearing *pro hac vice* for Defendant Apollo, as counsel on the docket.  *See* Doc. Nos. 16, 17.

IT IS SO ORDERED.

Dated:    February 22, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

4