UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY BLAIR,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CLASSIC PARTY RENTALS, INC., ET. AL.,<br><br>　　　　　　Defendants. | Case No. 1:20-CV-01194-DAD-HBK<br><br>ORDER OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) AS TO THE APOLLO ENTITIES DEFENDANTS ONLY<br><br>(Doc. No. 32) |

　　　Plaintiff filed this putative class action complaint, which was removed to this court on August 24, 2020. (Doc. No. 1). On May 26, 2021, Plaintiff filed a Request for Voluntary Dismissal as to Defendants Apollo Global Management, Inc., Apollo Centre Street Partnership, L.P., Apollo Franklin Partnership, L.P., Apollo Credit Opportunity Fund III AIV LP, Apollo SK Strategic Investments, L.P., Apollo Special Opportunities Managed Account, L.P., and Apollo Zeus Strategic Investments, L.P. (the "Apollo Entities") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Doc. No. 32). A plaintiff may dismiss an action "without a court order" before the defendant answers or moves for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Such dismissal is deemed to be without prejudice unless the notice states otherwise. *Id*., 41(a)(1)(B).

　　　According to the notice, Plaintiff and the Apollo Entities have reached a settlement resolving Plaintiff's individual claims. (Doc. No. 32 at 2). The Apollo Entities have neither

answered nor filed a motion for summary judgment.[1] The notice states that the dismissal shall be "with prejudice" as to Plaintiff's individual claims, but "without prejudice" as to any putative class claims. (*Id.*)

Accordingly, it is **ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is dismissed without prejudice as to the putative class claims and with prejudice as to Plaintiff's individual claims as to Defendants Apollo Global Management, Inc., Apollo Centre Street Partnership, L.P., Apollo Franklin Partnership, L.P., Apollo Credit Opportunity Fund III AIV LP, Apollo SK Strategic Investments, L.P., Apollo Special Opportunities Managed Account, L.P., and Apollo Zeus Strategic Investments, L.P.

2. The Clerk of Court shall terminate document number 32 as a pending motion.

IT IS SO ORDERED.

Dated: June 18, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Insperity PEO Services, L.P filed an Answer. (*See* Doc. No. 1 at 65). Defendant Apollo filed a motion to dismiss under Fed. R. Civ. P. 12(b)(6). (Doc. No. 11).