David Mara, Esq. (230498)
Matthew Crawford, Esq. (310230)
**MARA LAW FIRM, PC**
2650 Camino Del Rio North, Suite 205,
San Diego, CA 92108
Telephone: (619) 234-2833
Facsimile: (619) 234-4048

Attorneys for Plaintiff, Zachary Blair,
on behalf of himself, all others similarly
situated, and the general public.

Mark J. Jacobs, SBN 208945
Lauren Roseman, SBN 316800
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendant
Insperity PEO Services, L.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY BLAIR, on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>CLASSIC PARTY RENTALS, INC.; CP OPCO, LLC dba CLASSIC PARTY RENTALS; INSPERITY PEO SERVICES, L.P.; APOLLO GLOBAL MANAGEMENT, INC.; APOLLO CENTRE STREET PARTNERSHIP, L.P.; APOLLO FRANKLIN PARTNERSHIP, L.P.; APOLLO CREDIT OPPORTUNITY FUND III AIV LP; APOLLO SK STRATEGIC INVESTMENTS, L.P.; APOLLO SPECIAL OPPORTUNITIES MANAGED ACCOUNT, L.P.; APOLLO ZEUS STRATEGIC INVESTMENTS, L.P.; and DOES 12-100,<br><br>Defendants. | Case No. 1:20-CV-01194-DAD-HBK<br><br>**JOINT STIPULATION TO VOLUNTARILY DISMISS ALL CLAIMS AGAINST ALL DEFENDANTS WITHOUT PREJUDICE OF PUTATIVE CLASS CLAIMS AND WITH PREJUDICE OF PLAINTIFF'S INDIVIDUAL CLAIMS PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

1   Plaintiff ZACHARY BLAIR (hereinafter referred to as "Plaintiff") and Defendant
2  INSPERITY PEO SERVICES, L.P. (hereinafter referred to as "Defendant") (collectively, the
3  "Parties") hereby stipulate by and between themselves:
4   WHEREAS, on December 7, 2017, Plaintiff filed this action in the Stanislaus County
5  Superior Court of California.
6   WHEREAS, on August 24, 2020, Defendant removed this action to the United States
7  District Court, Eastern District of California.
8   WHEREAS, the Parties have reached a settlement which resolves all of Plaintiff's
9  individual claims brought against Defendant in this matter.
10   WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff
11  may dismiss an action without a court order by filing: . . . (ii) a stipulation of dismissal signed by
12  all parties who have appeared."
13   WHEREAS, all Parties who have appeared in this action join in on this stipulation of
14  dismissal.
15   NOW, THEREFORE, the Parties hereby stipulate, pursuant to Federal Rule of Civil
16  Procedure 41(a)(1)(A)(ii), that this action be voluntarily dismissed in its entirety without
17  prejudice as to the class claims and with prejudice as to Plaintiff ZACHARY BLAIR'S individual
18  claims.
19   **IT IS SO STIPULATED.**
20
21  Dated: August 3, 2021        **MARA LAW FIRM, PC**
22
23            /s/ *Matthew Crawford*
              David Mara, Esq.
24            Matthew Crawford, Esq.
              Representing Plaintiff Zachary Blair
25            on behalf of himself, all others similarly situated,
              and on behalf of the general public.
26
27
28

1
2   Dated: August 3, 2021                    **FISHER & PHILLIPS LLP**
3
4                                             /s/ *Lauren Roseman*
                                             Mark J. Jacobs, Esq.
5                                            Lauren Roseman, Esq.
                                             Attorneys for Defendant
6                                            Insperity PEO Services, L.P.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28