1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ZACHARY BLAIR,                              Case No.  1:20-cv-01194-DAD-HBK

12                    Plaintiff,                   JOINT STIPULATION FOR VOLUNTARY
                                                   DISMISSAL UNDER FED. R. CIV. P.
13            v.                                   41(a)(1)(A)(ii) AS TO DEFENDANT
                                                   INSPERITY
14    CLASSIC PARTY RENTALS, INC., ET.
      AL.,                                         (Doc. No.  37)
15
                      Defendants.
16

17

18           Plaintiff filed this putative class action complaint, which was removed to this court on

19    August 24, 2020.  (Doc. No. 1).  On August 3, 2021, Defendant Insperity PEO Services, L.P.

20    ("Insperity") and Plaintiff filed a Joint Stipulation to Voluntarily Dismiss All Claims Without

21    Prejudice of the Putative Class Claims and With Prejudice of Plaintiff's Individual Claims

22    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  (Doc. No. 37 at 2, "Notice").

23           Rule 41(a)(1)(A)(ii) in pertinent part provides that, "the plaintiff may dismiss an action

24    without a court order by filing . . . a stipulation of dismissal signed by all parties who have

25    appeared." A voluntary stipulation pursuant to Rule 41(a)(1)(A)(ii) automatically terminates the

26    action between the parties without operation of a court order.  *Black Rock City, LLC v. Pershing*

27    *Cty. Bd. of Comm'rs*, 637 F. App'x 488 (9th Cir. 2016) (citations omitted.  Here, Plaintiff and

28

1   Defendant Insperity, who has entered an appearance, signed and dated the Joint Stipulation to

2   dismiss this action.  (Doc. No. 37 at 2-3).

3        Accordingly, the Clerk of Court shall terminate all pending motions and deadlines as to

4   Defendant Insperity[1] and notate the docket to reflect the action is dismissed with prejudice as to

5   Plaintiff's individual claims and dismissed without prejudice as to Plaintiff's putative class claims

6   pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as to Defendant Insperity.

7

8   Dated:   __August 9, 2021__

9                                          HELENA M. BARCH-KUCHTA
                                           UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   [1]Plaintiff previously filed a Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(1)(A)(i) as to the
     Defendant Apollo Entities. (Doc.  Nos. 32, 35).  **Neither the former Voluntary Dismissal (Doc. No. 32)
     nor the instant Voluntary Dismissal (Doc. No. 37) appear to dismiss Defendants Classic Party**

27   **Rentals, Inc., CP OPOCO, LLC., Bright Event Rentals, LLC, and Hartmann Studios, Inc., who
     have not yet entered an appearance.  Thus this case cannot be closed and remains open.**

28